```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   CHRISTOPHER O'ROURKE,                    :
                                                                 :
                                    Plaintiff,      :
                -against-                  :          1:20-cv-00997-GHW
                                                                 :
   636 ASSETS, INC. and MONTAGU'S GUSTO,  :          ORDER
   INC.,                                                   :
                                                                 :
                                  Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated February 7, 2020, Dkt No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 1, 2020.  The parties have failed to do so.  The parties are directed to comply with the Court's prior order forthwith.

       SO ORDERED.

Dated:  May 5, 2020
                                                        _____
                                                             GREGORY H. WOODS
                                                        United States District Judge